**STATE of Missouri, Respondent,**

v.

**Michael J. HOFFMAN, Appellant.**

**No. 54640.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Jan. 3, 1989.

Motion for Rehearing and/or
Transfer to Supreme Court Denied
Feb. 8, 1989.

Application to Transfer Denied
March 14, 1989.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

PER CURIAM.

## ORDER

This is an appeal from sentences imposed following jury verdicts finding the defendant guilty of involuntary manslaughter and armed criminal action.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).